**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. EASTON ELDER, <br> 2. BRITTANY ELDER, <br><br>       Plaintiffs, <br><br> v. <br><br> 1. AMERICAN ECONOMY INSURANCE COMPANY, a foreign for profit insurance corporation, <br><br>       Defendant. | Case No. 23-cv-936-PRW |

## AMENDED COMPLAINT

### A. Parties

1. Plaintiffs, Easton Elder and Brittany Elder, are each citizens of the State of Oklahoma.

2. Defendant, American Economy Insurance Company, is a foreign for-profit insurance corporation, incorporated and organized under the laws of the State of Indiana.

3. The principal place of business for Defendant, American Economy Insurance Company ("AEIC"), is in Boston, MA.

4. Defendant, American Economy Insurance Company, is licensed to conduct business in the State of Oklahoma and may be served with process through the Oklahoma Department of Insurance.

5. This action is not related to any other case filed in this Court.

## B. Jurisdiction

6.   The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because there is diversity between the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## C. Facts

7.   Plaintiffs, Easton Elder and Brittany Elder own a home located at 6212 Commodore Lane, in Oklahoma City, Oklahoma.

8.   At all times material hereto, Plaintiffs' home was insured pursuant to the terms and conditions of an insurance policy, Policy No. 0Y8157242, issued by the Defendant, American Economy Insurance Company.

9.   At all times material hereto, the Plaintiffs, Easton Elder and Brittany Elder, complied with the terms and conditions of their insurance policy.

10.   On or about July 27, 2022, Plaintiffs' home and roofing system were damaged as a result of a wind storm. These damages are covered pursuant to the terms and conditions of Plaintiffs' insurance policy.

11.   Wind is a covered peril pursuant to the terms and conditions of Plaintiffs' insurance policy.

## D. Count I: Breach of Contract

12.   Plaintiffs, Easton Elder and Brittany Elder, hereby assert, allege and incorporate paragraphs 1-11 herein.

13.   The Plaintiffs' insurance policy, Policy No. 0Y8157242, issued by Defendant,

American Economy Insurance Company, was in effect on July 27, 2022.

14. Subsequent to the July 27, 2022 storm, Plaintiffs, Easton Elder and Brittany Elder, timely submitted a claim to Defendant, American Economy Insurance Company, for the damages.

15. The acts and omissions of Defendant, American Economy Insurance Company, in the investigation, evaluation, and denial of Plaintiffs' claim were unreasonable and constitute a breach of contract for which contractual damages are hereby sought. Defendant, American Economy Insurance Company, breached its contract with Plaintiffs, Easton Elder and Brittany Elder, by failing to conduct a reasonable investigation of Plaintiffs' claim, by evaluating the results of its investigation unreasonably and by unreasonably failing and refusing to issue payment for Plaintiffs' obviously wind damaged roofing system.

## Count II: Bad Faith Insurance

16. Plaintiffs, Easton Elder and Brittany Elder, hereby assert, allege and incorporate paragraphs 1-15 herein.

17. The acts and omissions of Defendant, American Economy Insurance Company, in the investigation, evaluation, and denial of Plaintiffs' claim were unreasonable and constitute a bad faith breach of contract for which extra-contractual damages are hereby sought. Defendant, American Economy Insurance Company, acted in bad faith by failing to conduct a reasonable investigation of Plaintiffs' claim, by evaluating the results of its investigation unreasonably and by unreasonably failing and refusing to issue payment for

Plaintiffs' obviously wind damaged roofing system. Defendant improperly, unreasonably and in bad faith denied payment for Plaintiffs' wind damaged roofing system.

### E. Punitive Damages

18.  Plaintiffs, Easton Elder and Brittany Elder, hereby assert, allege and incorporate paragraphs 1-17 herein.

19.  The unreasonable conduct of the Defendant, American Economy Insurance Company, in the handling of Plaintiffs' claim was intentional, willful, wanton and was committed with a reckless disregard for the rights of the Plaintiffs, Easton Elder and Brittany Elder, for which punitive damages are hereby sought.

### F. Demand for Jury Trial

20.  Plaintiffs, Easton Elder and Brittany Elder, hereby request that the matters set forth herein be determined by a jury of their peers.

### G. Prayer

21.  Having properly pled, Plaintiffs, Easton Elder and Brittany Elder, hereby seek contractual, bad faith and punitive damages against Defendant, American Economy Insurance Company, together in an amount in excess of $75,000.00; including costs, interest and attorney fees.

Respectfully submitted,

s/Matthew M. McGrew
Matthew M. McGrew, OBA# 32065
Michael D. McGrew, OBA# 013167
McGrew, McGrew & Associates, PC
400 N. Walker, Suite 115
Oklahoma City, Oklahoma 73102
(405) 235-9909 Telephone
(405) 235-9929 Facsimile
office@mcgrew-law.com
matt@mcgrew-law.com
**ATTORNEYS FOR THE PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of March, 2024, I electronically transmitted the foregoing document, Plaintiffs' Amended Complaint to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

William W. O'Connor
Margo E. Shipley
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
521 East 2nd Street, Ste. 1200
Tulsa, OK 74120


*s/Matthew M. McGrew*
Matthew M. McGrew